UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE IRON WORKERS MID-SOUTH PENSION FUND, IRON WORKERS WELFARE FUND, AND MID-SOUTH IRON WORKERS DIRECT CONTRIBUTION FUND | CIVIL ACTION |
| VERSUS | NO. 05-6335 |
| COWBOY STEELE COMPANY, COWBOY CONTRACTING COMPANY, BIS ERECTORS, INC. F/K/A/ COWBOY ERECTORS, INC., COWBOY HOLDINGS, INC., EAKIN & COMPANY, LIMITED AND SAMUAL EAKIN | SECTION "K"(2) |

## ORDER

Based upon the Settlement Agreement executed between the parties,

**IT IS HEREBY ORDERED** that the claims filed by the Iron Workers Pension Fund, Health and Welfare Fund, and Direct Contribution Fund be and are hereby subject to a 280 day dismissal. Should the time period expire without action by the parties, all claims will be dismissed, with prejudice. Within this time period, the plaintiff Funds may file a motion to reinstate the proceedings if it becomes apparent after the 270 days allowed in the terms of the Settlement Agreement that the settlement cannot be effectuated. Purusant to the terms of the Settlement Agreement, this motion may include a request to reinstate the litigation and reset the matter for trial.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction over this matter for all purposes.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED**

**EVERY WITNESS MUST BE NOTIFIED BY COUNSEL, NOT TO APPEAR**.

New Orleans, Louisiana, this 9th day of April, 2009.

                                                    STANWOOD R. DUVAL, JR.
                                                  UNITED STATES DISTRICT JUDGE